United States Bankruptcy Court
Northern District of California

In re:  Case No. 13-54491-CN
Dana C Pasquale  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-5　　　　User: admin　　　　Page 1 of 2　　　　Date Rcvd: Nov 27, 2013
　　　　　　　　　　　　　　Form ID: ODSC7fi　　Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2013.
```
db          +Dana C Pasquale,    P.O. Box 1364,   Campbell, CA 95009-1364
smg        ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
              SACRAMENTO CA 94279-0029
             (address filed with court:  State Board of Equalization,
              Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,    Sacramento, CA  94279)
13394049    +Advanta Business Service,    P.O. Box 9217,   Old Bathpage, NY 11804-9017
13394057    +Hunt And Henriques,    151 Bernal Rd., Suite 8,    San Jose, CA 95119-1491
13394056    +Hunt And Henriques,    Attorneys At Law,    151 Bernal Rd., Suite 8,    San Jose, CA 95119-1306
13394058    +Law Offices Of Nelson And Kennard,    2180 Harvard St., Suite 160,    Sacramento, CA 95815-3314
13394060    +Moore Law Group,    4248 Galewood,    Lake Oswego, OR 97035-2405
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: BJWRICHARDSON.COM Nov 28 2013 02:23:00      John W. Richardson,    2941 Park Ave. #H,
              Soquel, CA 95073-2830
smg          EDI: EDD.COM Nov 28 2013 02:23:00      CA Employment Development Dept.,   Bankruptcy Group MIC 92E,
              P.O. Box 826880,    Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Nov 28 2013 02:23:00      CA Franchise Tax Board,    Attn: Special Procedures,
              P.O. Box 2952,    Sacramento, CA  95812-2952
smg          EDI: IRS.COM Nov 28 2013 02:23:00      IRS,   P.O. Box 7346,    Philadelphia, PA  19101-7346
reqntc       EDI: RECOVERYCORP.COM Nov 28 2013 02:23:00      GE Capital Retail Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13394048     EDI: MERRICKBANK.COM Nov 28 2013 02:23:00      Advanta Bank Corp,    P.O. Box 8088,
              Philidelphia, PA  19101
13394050    +EDI: AMEREXPR.COM Nov 28 2013 02:23:00      American Express,    P.O. Box 981537,
              El Paso, TX 79998-1537
13394051    +EDI: BANKAMER.COM Nov 28 2013 02:23:00      Bank Of America,    P.O. Box 15026,
              Wilmington, DE 19850-5026
13394052    +EDI: CHASE.COM Nov 28 2013 02:23:00      Chase,    P.O. Box 15298,   Wilmington, DE 19850-5298
13394053    +EDI: CITICORP.COM Nov 28 2013 02:23:00      Citi Cards,    CBNA,    P.O. Box 6241,
              Sioux Falls, SD 57117-6241
13394054    +EDI: CITICORP.COM Nov 28 2013 02:23:00      Citibank SD NA,    P.O. Box 6241,
              Sioux Falls, SD 57117-6241
13394055    +EDI: BANKAMER.COM Nov 28 2013 02:23:00      FIA Card Services,    P.O. Box 15019,
              Wilmington, DE 19850-5019
13506856     EDI: RECOVERYCORP.COM Nov 28 2013 02:23:00      GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13394059    +EDI: RESURGENT.COM Nov 28 2013 02:23:00      LVNV Funding LLC,    P.O. Box 10497,
              Greenville, SC 29603-0497
13394061    +E-mail/Text: bnc@nordstrom.com Nov 28 2013 02:43:20      Nordstrom,    P.O. Box 13589,
              Scottsdale, AZ 85267-3589
13394062    +E-mail/Text: info@lpinv.net Nov 28 2013 02:43:34      Riverwalk Holdings LTD,    1132 Glade Rd.,
              Coleyville, TX 76034-4227
                                                                                              TOTAL: 16
```

　　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2013　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0971-5           User: admin              Page 2 of 2              Date Rcvd: Nov 27, 2013
                               Form ID: ODSC7fi         Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2013 at the address(es) listed below:
          James W. Haworth   on behalf of Debtor Dana C Pasquale jameshaworth@lawyer.com
          John W. Richardson    jwrttee@earthlink.net,  CA42@ecfcbis.com
          Office of the U.S. Trustee / SJ   USTPRegion17.SJ.ECF@usdoj.gov,  ltroxas@hotmail.com
                                                                                                                                                                         TOTAL: 3

**Form ODSC7fi**

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Jose)

| | |
|---|---|
| **In re:**<br>Dana C Pasquale<br>P.O. Box 1364<br>Campbell, CA 95009<br><br>Debtor(s)<br><br>**Debtor/Joint Debtor Social Security Number(s):**<br>xxx–xx–0704 | **Case Number: 13–54491 CN 7**<br>**Chapter: 7** |

## DISCHARGE OF DEBTOR AND FINAL DECREE

    It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED**:
The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

    It further appears that the trustee, John W. Richardson in the above–entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

    ORDERED that the chapter 7 case of the above–named debtor is closed; that the Trustee is discharged and relieved of said trust.

Dated: 11/26/13

By the Court:

Charles Novack
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 10

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor. [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**